

**FILED**
JUL 21 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA SCULLY, an individual MARK SCULLY, an individual and HAROLD SCULLY an individual; <br><br> Plaintiffs, <br><br> v. <br> NATHAN GOLDENSON, et al. | Case No. 17 CV 1325 <br><br> Judge Charles P. Kocoras <br><br> Jury Trial Demanded |

## NOTICE OF APPEAL

Plaintiffs Linda Scully, Mark Scully and Harold Scully herewith file their notice of appeal in the above Cause of Action to the entry of a Court Order of 6/21/17 finally dismissing all of their Causes of Action against all of the Defendants.

The names and addresses of the Plaintiffs are as shown below.

The names and addresses of the Defendants are:

Deft. Nathan Goldenson, upon information and belief is a Cook County Resident who owns property located at: 5018 N. Mozart Ave, Chicago, IL 60625, and does business in Cook County for the Office of Public Guardian as an attorney, and all of the acts complained about regarding him occurred in Cook County, Illinois.

1. Deft. James Burton, upon information and belief is a Cook County Resident who has a place of business at: 69 W. Washington St, 7th Floor, Chicago, IL 60602.

2. Deft. Richard Gasik, upon information and belief, is an independent contractor for the OPG, and does business in Cook County and all of the complained of regarding him occurred in Cook County, Illinois.

3. Deft. Hanny Pei, upon information and belief conducts business at Dutton & Casey, PC, 79 W. Monroe St, #1320, Chicago, IL 60603, and all of the acts complained about regarding her occurred in Cook County, Illinois.

4. Deft. Alexa Raines, upon information and belief is a licensed social worker, who ; and does business at Presence St. Francis Hospital, 355 Ridge Ave, Evanston, IL 60202 in Evanston, Illinois and all of the acts complained about regarding her occurred in Cook County, Illinois.

5. Deft. Robert Harris, upon information and belief is a Cook County Resident, and does business in Cook County at the OPG, 69 W. Washington St, 7th Floor, Chicago, IL 60602 and all of the acts complained about regarding him occurred in Cook County, Illinois.

6. Defendant Richard McGreal is an individual who resides in the County of Cook, Illinois at 4713 106th Pl, Oak Lawn 60453, and does business in the State of Illinois.

7. Defendant Presence St. Francis Hospital is an Illinois Not for Profit Corporation ("NFPC") located in Evanston, Illinois with an address of 355 Ridge Ave, Evanston, IL 60202 and does business in Cook County, IL.

8. Defendant Carlton at the Lake, Inc., is an Illinois NFPC doing business in Cook County, Illinois and its address is: 725 W Montrose Ave, Chicago, IL 60613.

9. Defendant Presence Saint Joseph Hospital is an Illinois NFPC doing business in Cook County, Illinois and its address is: 2900 N Lake Shore Dr, Chicago, IL 60657.

10. Defendant Burrows Moving Company, Inc. Is an Illinois corporation doing business at: 6542 N Clark St, Chicago, IL 60626.

11. Defendant Loving Hands Hospice, Inc., is an Illinois Corporation doing business in Cook County, IL and its address is: 6535 N Olmsted Ave, Chicago, IL 60631

12. Defendant Globetrotters, Inc. Is an Illinois Corporation doing business in Cook County, Illiniois and its place of business is 300 S. Wacker Dr., #400, Chicago, IL 60606.

13. Defendant John Doe #1 is an individual working as an independent (HVAC) contractor for the OPG, and does business in Cook County and the acts complained about regarding him occurred in Cook County, Illinois.

14. Defendants John and Jane Does #2 to #9 are individuals working either directly for the OPG wrongfully evicting family members, or are the agents of the OPG or those in privity with them.

15. Defendant Joseph Monahan is an Illinois attorney doing business within Cook County and his work address is: 55 West Monroe, # 3700, Chicago, IL 60603.

16. Defendant Amy McCarty is an Illinois attorney doing business within Cook County, Illinois and her place of work is: 55 West Monroe, #3700, Chicago, IL 60603.

17. Defendant Joseph W. Peiper is an Illinois attorney who does business at 205 W. Randolph St, #1250, Chicago, IL 60606.

18. Defendant Ashley C. Coppola is an individual who does business at 205 W. Randolph St, #1250, Chicago, IL 60606.

19. Defendant Julie M. Fontanarosa is an individual who does business at 205 W. Randolph St, #1250, Chicago, IL 60606.

20. Defendant Tom Leko, is a real estate developer doing business in Cook County, Illinois and his place of business is: 6849 N. Keeler Ave, Lincolnwood IL 60712.

RESPECTFULLY SUBMITTED,

Linda Scully, pro se

*[signature]*

Mark Scully, pro se

*[signature]*

Harold Scully, pro se

*[signature]*

Prepared by:

Linda Scully
Mark Scully
P.O. Box 481081
Niles, IL 60714

Harold Scully
508 E Camp McDonald Rd
Prospect Hts, Illinois 60070