EK



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 10/20/2017

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

FILE COPY

Re: Scully et al v. Goldenson et al

USDC Case Number: 1:17-cv-01325
USCA Case Number: 17-02486

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):   6 volumes of pleadings on one flash drive

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

U.S.C.A. - 7th Circuit
RECEIVED
OCT 20 2017
GINO J. AGNELLO
CLERK

Sincerely,

Thomas G. Bruton, Clerk

By: /s/ Esperanza King
Deputy Clerk

Rev. 09/23/2016