# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 19, 2017

*By the Court:*

| No. 17-2486 | LINDA SCULLY, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>NATHAN GOLDENSON, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01325<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

    Upon consideration of the **MOTION TO FILE APPELLATE COURT FEES IN INSTALLMENTS AND FOR EXTENSION OF TIME TO PAY**, filed on December 13, 2017, by the pro se appellants,

    **IT IS ORDERED** that the appellants' request to pay the appellate filing fees in installments is **DENIED**. The request for an extension of time to pay the fees is **GRANTED**. The appellants shall pay the appellate filing fees of $505 in full to the clerk of the district court by January 18, 2018. Failure to pay the fees in full by the due date may result in the dismissal of the appeal pursuant to Circuit Rule 3(b).